Attorney Thomas R. Napierala
Attorney Paul A. Strouse
413 N. 2nd Street – Suite 150
Milwaukee, WI 53203
Phone: (414) 390-0820
Fax: (414) 220-5115

September 23, 2019

Honorable Lynn Adelman
Via e-filing

**RE:** **Case No: 2:19-CV-00115**
**Withers et al. v. Milwaukee Brewers Baseball Club et al.**

Dear Judge Adelman,

Plaintiffs withdraw their September 6, 2019 motion to compel and will proceed to address the same arguments as raised in the September 3, 2019 defendants motion for protective order. Thank you.

Very Truly Yours,

S/ *Paul A. Strouse*
Paul A. Strouse

c Ms. Withers
  Ms. Green
  Opposing counsel via e-filing

Prepared By:
The Law Offices of Paul Strouse
413 North 2nd Street Suite #150
Milwaukee WI 53203
The Law Offices of Thomas Napierala
413 North 2nd Street Suite #150
Milwaukee WI 53203