IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JULIE WITHERS and DAWN GREEN,

    Plaintiffs,

vs.

MILWAUKEE BREWERS BASEBALL CLUB
and SOUTHEAST WISCONSIN
PROFESSIONAL BASEBALL PARK
DISTRICT,

    Defendants.

CASE NO. 2:19-CV-00115-LA

## MOTION TO EXTEND CASE DEADLINES

Defendants Milwaukee Brewers Baseball Club, LP ("MBBC") and Southeast Wisconsin Professional Baseball Park District ("District (collectively, "Defendants"), by their counsel, hereby move this Court for an order extending certain dates set forth in the Court's June 5, 2019 scheduling order. The reasons for the Motion are:

1. The June 5, 2019 scheduling order in this matter stated that "[t]he plaintiffs shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **November 29, 2019**. The defendants shall disclose any expert witnesses consistent with Rule 26(a)(2) on or before **January 17, 2020**." (Dkt. No. 50, ¶ 3.)

2. The parties subsequently had a dispute regarding the scope of Plaintiffs' proposed expert inspection of Miller Park, which required resolution by the Court.

3. On October 28, 2019, the Court entered an order resolving the parties' discovery dispute. In relevant part, Court held that "the deadline for the plaintiffs to disclose the expert report of James Terry is extended to **April 30, 2020**." (Dkt. No. 68 at 8.)

4. The Court further invited the parties to submit a proposal to the Court regarding other deadlines that would need to be revised in light of the Court's order: "To the extent that delaying the report until the end of April affects other pretrial deadlines, such as for dispositive motions or for the defendants' rebuttal expert report, the parties may confer and submit a proposal for new deadlines." (*Id.*)

5. Given the Court's extension of the deadline for Plaintiffs to disclose Terry's expert report, Defendants propose extending certain deadlines as follows:

| Item | Original Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Disclosure | January 17, 2020 | May 29, 2020 |
| Close of Expert Discovery | February 28, 2020 | July 10, 2020 |
| Dispositive Motions | March 31, 2020 | August 10, 2020 |

6. Counsel for Defendants has conferred with counsel for Plaintiffs regarding these proposed deadlines. Plaintiffs' counsel has indicated that Plaintiffs consent to the proposed deadlines for disclosure of Defendants' expert (May 29, 2020) and the close of expert discovery (July 10, 2020).

7. However, Plaintiffs' counsel has indicated that they will not consent to Defendants' proposed deadline for the filing of dispositive motions (August 10, 2020). Instead, they propose a deadline of November 1, 2020 for the filing of dispositive motions.

8. Defendants do not believe that such an extended deadline for the filing of dispositive motions is warranted. Defendants' proposed deadline provides 31 days from the close of discovery for the parties to file dispositive motions. Moreover, Defendants' proposed deadline falls nearly 17 months after Plaintiffs filed their Complaint in this matter.

2
4814-4568-3376.1
Case 2:19-cv-00115-LA   Filed 01/13/20   Page 2 of 3   Document 69

Dated: January 13, 2020.

Respectfully submitted,

*/s/ Andrew J. Wronski*
Andrew J. Wronski (WBN 1024029)
Ryan N. Parsons (WBN 1079348)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.297.5518 (AJW)
414.297.5863 (RNP)
414.297.4900 – Facsimile
awronski@foley.com
rparsons@foley.com

Attorneys for Defendant Milwaukee Brewers Baseball Club and Southeast Wisconsin Professional Baseball Park District